July 28, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

CORESLAB STRUCTURES (TEXAS), INC., Appellant

NO. 14-14-00865-CV                  V.

SCOTTSDALE INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment signed on September 30, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, Coreslab Structures (Texas), Inc. to pay all costs incurred in this appeal.  We further order this decision certified below for observance.